UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00072

**United States of America,**
*Plaintiff,*

v.

**Brodrick Deon Osborn,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On December 18, 2019, defendant was charged by indictment with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Doc. 1. Defendant entered into an agreement to plead guilty to that offense, Doc. 18, and consented to have a magistrate judge take his guilty plea. Doc. 17. The plea agreement contains agreed guideline stipulations pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing on March 16, 2020, and issued findings and a recommendation that the court accept the guilty plea. At the hearing, the parties waived their right to object to the findings and recommendation. The court now **accepts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea.

*So ordered by the court on March 17, 2020.*

J. CAMPBELL BARKER
United States District Judge