| DATE: | 3/19/2021 | CASE NO.: | USA V. |
|---|---|---|---|
| LOCATION: | Tyler | **6:19-cr-00072** | **Broderick Deon Osborn** |
| JUDGE: | **J. Campbell Barker** | Counsel for Government: | Counsel for Defendant: |
| DEP CLERK: | Nicole Cadenhead | Lucas Machicek | Matthew Millslagle |
| REPORTER: | Susan Zielie | | |
| USPO: | Robert Long | | |
| INTERPRETER: | | | |

**SENTENCING HEARING** HELD    **BEGIN:** 9:36    **ADJOURN:** 9:53    **TOTAL TIME:** 17 min.

**PRESENTENCE REPORT:**
☐ Objections and Court Ruling
☑ Adopted in Its Entirety
☐ PSR CHANGED AS FOLLOWS:

**PLEA AGREEMENT:**
☑ ACCEPTED    ☐ REJECTED
☑ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.

**CRIME VICTIMS:**
☑ NONE
☐ Victims Addressed the Court:

**MOTIONS:**
☑ None
☐ Govt's Motion: ☐ GRANTED ☐ DENIED
☐ Dft's Motion: ☐ GRANTED ☐ DENIED
☐ Other:

**ALLOCUTION:** ☑ Dft DID allocute    ☐ Dft DID NOT allocute

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| 1 | 30 months | | N/A | N/A | $100.00 |
| | | | ☐ Interest Waived | ☐ Interest Waived | |

## BOP RECOMMENDATIONS:

| **DESIGNATION:** | ☑ Substance Abuse Treatment | ☐ Mental Health Treatment |
|---|---|---|
| FCI Seagoville | ☐ Sex Offender Treatment | ☐ Financial Responsibility |
| | ☐ Other: | ☐ NONE |

## SUPERVISION:

**3 YEARS SUPERVISED RELEASE**

☑ Mandatory and Special Conditions as set forth in Presentence Report
☐ No Term of Supervision

Other Conditions

☑ **Dft advised of right to APPEAL & Court Appointed Counsel**

**REMAINING COUNTS:** ☑ NONE
☐ Govt moved to dismiss. Court granted.

**FORFEITURE:** N/A

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL

## ADDITIONAL PROCEEDINGS:

The Court made the following findings:
Total Offense Level -   17
Criminal History Category -   II
Range of   27   to   33   .   months


The parties did not object to these findings.