UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00072

**United States of America**

v.

**Brodrick Deon Osborn**

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on October 19, 2023, and issued a report and recommendation recommending that the defendant's term of supervised release should be revoked. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 42.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of eight months imprisonment with no supervised release to follow. The court recommends that defendant serve his sentence at FCI Texarkana, Texas, if available.

*So ordered by the court on October 26, 2023.*

J. Campbell Barker
United States District Judge